IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 09-62207 |
| JOHN D. HALL | CHAPTER 7 |
| DEBTOR | JUDGE CHARLES M. CALDWELL |
| | ABANDONMENT OF PROPERTY BY TRUSTEE |

-------------------------------------------------------------------------------------------------------------------

The Trustee has determined that the real property known as 225 S. New Jersey Avenue, Wellston, OH 45692, and more fully described as Exhibit "A', attached hereto and made a part hereof, has inconsequential or no value to the estate.

Trustee further states that, there is no equity in the estate for the benefit of unsecured creditors, that said premises is of inconsequential or no value to the estate and that therefore, the Trustee hereby abandons his interest in said real estate.

/s/ David M. Whittaker
_____
David M. Whittaker, Trustee
100 S. Third Street
Columbus, OH 43215
614-227-2355

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Abandonment was forwarded by either ECF Noticing or regular U. S. Mail this 13th day of January, 2010, to:

John D. Hall, debtor
225 S. New Jersey Avenue
Wellston, OH 45692
(served via US Mail)

Michael W. Warren
Attorney for Debtor
Warren Law Firm
6 Consumer Center Drive
Chillicothe, OH 45601
(served via ECF Noticing)

David M. Whittaker, Trustee
100 S. Third Street
Columbus, OH 43215
(served via ECF Noticing)

Office of the U. S. Trustee
170 North High Street
Suite 200
Columbus, OH  43215
(served via ECF Noticing)

Alisha Hall, co-debtor
225 S. New Jersey Avenue
Wellston, OH 45692
(served via US Mail)

LAURITO & LAURITO, L.L.C.

/s/ Erin M. Laurito
_____
Erin M. Laurito